> **Motion GRANTED. Sentencing reset for 3/2/2020 at 2:30 p.m.**
>
> /s/ Judge Trauger

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:17-CR-00071-1 |
| vs. | ) | Judge Trauger |
| | ) | |
| WALTER DEWAYNE BUTLER | ) | |

## MOTION TO CONTINUE

The Defendant, Walter Dewayne Butler, respectfully moves the Court for an Order continuing the sentencing in this matter currently set for January 13, 2020, until a date after March 1, 2020.

James W. Price, Jr., counsel for the Defendant has just been appointed to represent the Defendant and has not received a copy of the file or met with the client in order to familiarize himself with the matter. Furthermore, the Defendant's counsel has an extended trial and motions scheduled for January and February and needs the additional time to prepare.

Counsel is authorized to state that Sunny Koshy, counsel for the government, has no opposition to this Motion.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Defendant
201 4th Avenue North, Suite 1800
Nashville, TN 37219
(615) 244-5772

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 6th day of January, 2020, to Sunny Koshy, Assistant U.S. Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203.

/s James W. Price, Jr.
James W. Price, Jr.